# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2513. LESLIE SEAN PRUITT v. THE STATE.

In 1999, Leslie Sean Pruitt was convicted of malice murder and other crimes. See *Pruitt v. State*, 279 Ga. 140, 140 (611 SE2d 47) (2005). Pruitt filed a motion to vacate a void judgment, which the trial court dismissed. He then filed this appeal, which the trial court clerk directed to this Court. However, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III(8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1(a), (e)(1); *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (preserving requirement that this Court transfer "non-death-penalty murder appeals" to the Supreme Court). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/27/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*